# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE:                                             CASE NO. 17-30132-KKS
                                                           CHAPTER 13

DALE EUGENE BROXSON

                  Debtor                    /

## TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW,** LEIGH D. HART, Trustee, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

| Unclaimed Fund Check Number | Amount | Payee Name & Address |
|---|---|---|
| 0558402 | $4,104.00 | FEDERAL NATIONAL MORTGAGE ASSOCIATION FANNIE MAE) P.O. BOX 8001 FISHERS, IN, 46038 |

1. The name and address listed for the Payee is most recent address contained in the Court's records, to wit:

    ☐ Proof of Claim Number: ____;

    ☒ Schedules;

    ☐ Notice of transfer/Assignment of Claim;

    ☐ Correspondence in writing with Payee;

☐ Other (Explaination and any Case Docket citation):

_____

_____

2. Check(s) mailed to the above-listed Payee(s) at the address listed above have been:

   ☐ Returned by the United States Postal Service marked "Forwarding Time Expired/Unable to Forward." Trustee has made a good faith effort to verify/obtain the correct mailing address and deliver funds to Payee before presenting this notice;

   ☒ Refused by Payee;

   ☐ Disbursed and check has not been negotiated;

   ☐ Other (Provide Explanation):

   _____

   _____

3. Trustee has stopped payment on outstanding unclaimed fund check(s) identified in this Notice.

4. Any check(s) which were undeliverable by the United States Postal Service are in the Trustee's files.

5. Pursuant to the provisions of 11 U.S.C. § 347, simultaneously with filing

this Notice the Trustee has delivered a check to the Clerk of this Court equal to the amounts listed above for each Payee, for deposit into the Court's Registry.

6. An applicant requesting reimbursement for Unclaimed Funds deposited with the Court must complete an "Application for Payment of Unclaimed Funds." This form and instructions can be located on the Court's website: http://www.flnb.uscourts.gov/ under Court Resources.

>
> Respectfully submitted,
>
> /s/ Leigh D. Hart or
> /s/ William J. Miller, Jr.
> OFFICE OF THE CHAPTER 13 TRUSTEE
> POST OFFICE BOX 646
> TALLAHASSEE, FL 32302
> ldhecf@earthlink.net
> Telephone: (850) 681-2734
> Facsimile: (850) 681-3920

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

DALE EUGENE BROXSON, 76 CHASE RUN, MIRAMAR BEACH, FL  32550

LEWIS & JURNOVOY, P.A., 1100 NORTH PALAFOX STREET, PENSACOLA, FL  32501

FEDERAL NATIONAL MORTGAGE ASSOCIATION, FANNIE MAE), P.O. BOX 8001, FISHERS, IN,   46038

on the same date as reflected on the Court's docket as the electronic filing date for this document.

January 31, 2019

/s/ Leigh D. Hart or
/s/ William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE